UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 01 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| NANCY EUW-JONG SITANGGANG,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>INDYMAC BANK, F.S.B.; NDEX WEST, LLC; INDYMAC MORTGAGE SERVICES, a division of Onewest Bank, FSB; LAURA HESCOTT,<br><br>Defendants - Appellees. | No.  09-16178<br>D.C. No.  1:09-cv-00367-LJO-SMS<br>Eastern District of California, Fresno<br><br>**ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to file the opening brief on appeal in this case.

A copy of this order sent to the district court shall constitute for the mandate of this court.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Estela Urrutia
Deputy Clerk